**DISMISSED and Opinion Filed May 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01347-CV

### IN THE INTEREST OF T.J.T., A MINOR CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-52947-2012**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated April 23, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181347F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF T.J.T., A MINOR CHILD

No. 05-18-01347-CV

On Appeal from the 470th Judicial District Court, Collin County, Texas
Trial Court Cause No. 470-52947-2012.
Opinion delivered by Chief Justice Burns, Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Tyree Taylor recover his costs, if any, of this appeal from appellant Courtney Wiley a/k/a Courtney Caldwell.

Judgment entered May 21, 2019